# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201700142

_____

## UNITED STATES OF AMERICA
Appellee

v.

## JUSTIN P. OLIVIER
Staff Sergeant (E-6), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Eugene H. Robinson, Jr., USMC.
Convening Authority: Commanding General, 1st Marine Aircraft Wing, Okinawa, Japan.
Staff Judge Advocate's Recommendation: Captain Gabriel D. Boenecke, USMC; Addendum: Major C.W. Pherson, USMC.
For Appellant: Lieutenant Commander William L. Geraty, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 26 October 2017

_____

Before MARKS, JONES, and WOODARD, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court